**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN THOMAS,

                           Petitioner,                    17 **CIVIL** 910 (LTS) (SLC)

          -against-                                **JUDGMENT**

THE PEOPLE OF THE STATE OF'NEW YORK,
                         Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2020, the Court has reviewed carefully Magistrate Judge Cave's thorough and well-reasoned Report and Recommendation and finds no clear error; the Court therefore adopts the Report in its entirety for the reasons stated therein; Accordingly, the petition is denied; the Court adopts Judge Cave's conclusion that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability should not be issued.

**DATED:** New York, New York
              March 31, 2020

                                                               **RUBY J. KRAJICK**
                                                                _____
                                                                   **Clerk of Court**
                                            **BY:**
                                                                   _____
                                                                  **Deputy Clerk**